CELIN G. REIZFELD *v.* LEONARD C. REIZFELD

The plaintiff's petition for certification for appeal from the Appellate Court, 125 Conn. App. 782 (AC 31075), is denied.

McLACHLAN, J., did not participate in the consideration of or decision on this petition.

*Kenneth A. Votre,* in support of the petition.

*Leonard C. Reizfeld,* pro se, in opposition.

Decided February 23, 2011